JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Adela Ramirez, et al., | CASE NO. 12-CV-10023-AB (AGRx) |
| Plaintiffs, | **[PROPOSED] JUDGMENT GRANTING ITW FOOD EQUIPMENT GROUP'S MOTIONS *IN LIMINE* TO EXCLUDE PLAINTIFF'S EXPERTS AND MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| ITW Food Equipment Group LLC, | |
| Defendant. | |

Before the Court were the following motions filed by Defendant ITW Food Equipment Group LLC:

1. Motion *In Limine* to Exclude Douglas Bennett pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc*., 509 U.S. 579 (1993) (Dkt. No. 75);

2. Motion *In Limine* to Exclude Ned Wolfe pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc*., 509 U.S. 579 (1993) (Dkt. No. 73); and

3. Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 (Dkt. No. 74).

Having considered the materials and argument submitted by the parties, for the reasons indicated in the Court's Order Granting Motions *In Limine* to Exclude Plaintiff's Experts and Granting Motion for Summary Judgment (Dkt. No. 99), it is hereby **ORDERED AND ADJUDGED** that:

ITW Food Equipment Group's Motion *In Limine* to Exclude Douglas Bennett is **GRANTED**;

ITW Food Equipment Group's Motion *In Limine* to Exclude Ned Wolfe is **GRANTED**; and

ITW Food Equipment Group's Motion for Summary Judgment is **GRANTED**.

As a result, it is hereby **ORDERED AND ADJUDGED** that judgment shall be entered for Defendant ITW Food Equipment Group LLC.

This is a final, appealable Order.

DATED: March 4, 2015

_____
Honorable André Birotte Jr.
United States District Judge

[PROPOSED] JUDGMENT GRANTING ITW FOOD EQUIPMENT GROUP'S MOTIONS *IN LIMINE* TO EXCLUDE PLAINTIFF'S EXPERTS AND MOTION FOR SUMMARY JUDGMENT

2